UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 19-cv-60179-BLOOM/VALLE

**BRENDAN SWEENEY,**
individually and on behalf of all
others similarly situated,

        Plaintiff,

v.

**NOVA DENTAL INC.,**

        Defendant.
_____/

**CLASS ACTION**

**JURY TRIAL DEMANDED**

## JOINT NOTICE OF SETTLEMENT

Plaintiff, Brendan Sweeney, and Defendant Nova Dental Inc., by and through their undersigned counsel, hereby give notice that the parties have reached a settlement with respect to Plaintiff's claim. Plaintiff and Defendant anticipate filing a Stipulation of Dismissal within thirty (45) days.

Dated: August 29, 2019

Respectfully submitted,

**EISENBAND LAW, P.A.**

*/s/ Michael Eisenband*
515 E. Las Olas Boulevard, Suite 120
Ft. Lauderdale, Florida 33301
Michael Eisenband
Florida Bar No. 94235
MEisenband@Eisenbandlaw.com
Telephone: 954.533.4092

*Counsel for Plaintiff*

**JOSEPH A. SORCE & ASSOCIATES, P.A.**

*/s/ Joseph A. Sorce*
Joseph Sorce
Florida Bar No 38288
Joseph A. Sorce & Associates, P.A.
999 Ponce de Leon Blvd., Suite 1020
Coral Gables, FL 33134
Tel.: (305) 529-8544
Email: JSorce@FlConstructionlawyer.com

*Attorneys for Defendant*

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 29, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel identified below via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner.

*/s/ Michael Eisenband*
Michael Eisenband
